UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF WISCONSIN

SARAH BEIL, Plaintiff,

26-cv-398-jdp

v.

PIERCE COUNTY, JANELLE WOLF (DHS), SGT. ERIC VAN NOCKER (EPD), JUDGE ELIZABETH ROHL, Defendants.

STATEMENT OF FACTS:

The Ellsworth PD Confession: At the Ellsworth Police Department, State agents were recorded admitting they lacked legal authority/Present Danger for a TPC removal because the children's location was unknown.

Coordinated Communication Blackout: Defendant Janelle Wolf (CPS) directed the Ellsworth Police, who in turn directed the Pierce County Sheriff, to block Plaintiff's phone access. This "Chain of Command" conspiracy was designed to strip Plaintiff of her 6th Amendment right to counsel.

Facially Deficient Search: Defendants used a warrant with the wrong phone number and wrong owner to illegally seize private data.

Structural Sequence Error: On April 8, 2026, the Court held a Permanency Hearing prior to a Fact-Finding hearing, violating the jurisdictional requirements of Wisconsin Chapter 48.

Retaliatory Warrant: Defendants issued a warrant for "False Reporting" specifically to prevent the Plaintiff from appearing to contest the termination of her rights.

DOCUMENT 2: MOTION FOR EMERGENCY TRO

UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF WISCONSIN

I. EMERGENCY BASIS: Plaintiff moves for an immediate stay of Pierce County Case Nos. 2025JC000046-48. The State Court has lost competency to proceed due to a Structural Sequence Error and a coordinated effort to block Plaintiff's access to the court.

II. IRREPARABLE HARM: Unless stayed, the State will permanently terminate parental rights in an ex parte fashion. Defendants have used a "Chain of Command Blackout" and a retaliatory warrant to physically and digitally bar the Plaintiff from her own defense.

III. CONCLUSION: Plaintiff requests an immediate STAY to prevent the illegal severance of the family bond based on documented fraud.

Signed: _Sarah B._____ Date: April 28, 2026